[No. 23049-0-III.   Division Three.   July 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. FUSTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03133-1, Michael P. Price, J., entered May 21, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Kurtz and Brown, JJ.

[No. 23200-0-III.   Division Three.   July 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMIEN ALLEN GEISTWHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02711-8, Gregory D. Sypolt, J., entered June 15, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 23206-9-III.   Division Three.   July 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN L. WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00062-3, Gregory D. Sypolt, J., entered July 27, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.